1  BENJAMIN B. WAGNER
   United States Attorney
2  J. EARLENE GORDON
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2991

5  Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HELEN WHELAN, | 2:09-CV-3606-KJM-CKD |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO DEPOSE PLAINTIFF HELEN WHELAN** |
| v. | |
| JOHN E. POTTER, Postmaster General of the United States Postal Service, and DOES 1-20 Inclusive, | |
| Defendants. | |

   Plaintiff, Helen Whelan, and Defendant, John E. Potter, Postmaster General, United States Postal Service, by and through their respective counsel, hereby agree, subject to the Court's approval, to extend the time for Defendant to depose Plaintiff Helen Whelan.  By stipulation of the parties' counsel, the deadline for Defendant to depose Plaintiff will now be Friday, November 18, 2011. **This extension is necessary to give Plaintiff's newly assigned attorney, Sean Gavin, an opportunity to familiarize himself with the file, and clear a time in his schedule to produce Plaintiff for her deposition.** Defendant agrees that this request is reasonable.

   This stipulation is made and entered into pursuant to the Federal Rules of Civil Procedure, Rule 29(b). This stipulation will not interfere with the time set for completing any other discovery, for hearing a motion, or for trial.

1  Nothing in this stipulation is intended to abridge or extend any obligations or responsibilities
2  articulated in Federal Rules of Civil Procedure, Rule 30.  No extension of time is sought for any other
3  deadline imposed by the Court's Scheduling Order.

Respectfully submitted,

THE LAW OFFICE OF BOWMAN AND ASSOCIATES
*A Professional Corporation*

Dated:  September 27, 2011        /s/     Sean Gavin
Sean Gavin
Attorney for Plaintiff
HELEN WHELAN


BENJAMIN B. WAGNER
United States Attorney

Dated:  September 27, 2011   By:    /s/ J. Earlene Gordon
J. EARLENE GORDON
Assistant U.S. Attorney


**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:  September 29, 2011.

_____
UNITED STATES DISTRICT JUDGE