IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HELEN WHELAN,

    Plaintiff,

vs.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, and DOES 1-20 inclusive,

    Defendants.

No. CIV S-09-3606 KJM CKD

_____/

HELEN WHELAN,

    Plaintiff,

vs.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, and DOES 1-20 inclusive,

    Defendants.

No. CIV S-12-2305 JAM GGH

RELATED CASE ORDER

_____/

    Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the

1

assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that CIV S-12-2305, is reassigned from Judge John A. Mendez to the undersigned and from Magistrate Judge Gregory G. Hollows to Magistrate Judge Carolyn K. Delaney.   Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV S-12-2305 KJM-CKD.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: January 31, 2013.

_____
UNITED STATES DISTRICT JUDGE